IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Capitol Records, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:05-cv-711 |
| v. | : | Judge Sargus |
| Beverly Norris, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act, 17 U.S.C. § 504(c)(1). This matter is before the Court on plaintiffs' January 9, 2006 motion for default judgment (doc. 14). Defendant Beverly Norris was served with the summons and complaint on July 25, 2005. Defendant filed an answer on August 15, 2005. However, plaintiff did not attend the preliminary pretrial conference, nor did she respond to the Show Cause Order directing her to explain her absence from the pretrial conference and why default should not be entered against her. The Clerk of Court entered default on October 25, 2005. Defendant Norris has not filed objections to Magistrate Judge Abel's February 3, 2006 Report and Recommendation that plaintiffs' motion for default judgment be granted.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** plaintiffs' motion for default judgment.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for plaintiffs and against defendant Beverly Norris in the amount of $ 5,250.00 in statutory damages and $687.50 for

Plaintiffs' costs. Plaintiffs' request for an **INJUNCTION** is **GRANTED**. This action is hereby **DISMISSED.**

                                                          4-19-2006
                                     Edmund A. Sargus, Jr.
                                     United States District Judge